UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No.: 1:26-cv-06562-EGC (PC)

**ORDER DISREGARDING OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS**

(Doc. 7)

Plaintiff Patrick A. Cannavan is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

On September 17, 2026, Plaintiff filed "Objections to Magistrate Judge's Findings and Recommendations" in this action. (Doc. 7.) Therein, Plaintiff states that he specifically objects to findings and recommendations issued in Case Nos. 1:26-cv-06995-EGC (PC) and 1:26-cv-06992-EPG (PC). (*Id.* at 1.)

Plaintiff's objections are procedurally improper. As noted above, Plaintiff specifically challenges findings and recommendations issued in two other actions filed in this Court.[1] Significantly, in this case, findings and recommendations have not been issued.

[1] A review of the dockets for Case Nos. 1:26-cv-06995-EGC (PC) and 1:26-cv-06992-EPG (PC) reveals Plaintiff filed objections in both actions.

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that Plaintiff's objections filed September 17, 2026 (Doc. 7) are **DISREGARDED**.

Plaintiff is advised that his complaint filed August 18, 2026, will be screened in due course.[2] No further action is necessary until the Court issues a screening order.

IT IS SO ORDERED.

Dated: **September 27, 2026**

Erin Sany Castillo
UNITED STATES MAGISTRATE JUDGE

[2] *See* https://www.caed.uscourts.gov/caednew/index.cfm/news/judicial-emergency/.